UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BROTHER SUNDIATA SHU EL BEY,

    Plaintiff,

v.                                Case No: 8:15-cv-1848-T-36EAJ

BIHARI KALRA,

    Defendant.
_____/

## **O R D E R**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Elizabeth A. Jenkins on September 18, 2015 (Doc. 6). In the Report and Recommendation, Magistrate Judge Jenkins recommends this action be dismissed for failure to timely file an amended motion for leave to proceed *in forma pauperis* and an amended complaint. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    This action is dismissed for failure to file an amended motion for leave to proceed *in forma pauperis* and an amended complaint. *See* Local Rule 3.10(a) M.D. Fla.

(3) The Clerk is directed to terminate all pending motions and deadlines and close this file.

**DONE AND ORDERED** at Tampa, Florida on October 8, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record